United States District Court
Southern District of Texas
**ENTERED**
June 28, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| SAVE R HOOD, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | 3:22-CV-264 |
| | § | |
| GALVESTON COUNTY, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

Pursuant to the court's memorandum opinion, Dkt. 51, entered in this case granting the defendants' motion to dismiss for failure to state a claim, Dkts. 36, 37, it is ordered that this case is dismissed without prejudice.

**THIS IS A FINAL JUDGMENT.**

All pending motions are denied as moot.

The clerk will provide copies of this judgment to the parties.

Signed on Galveston Island this 28th day of June, 2023.

_____

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE